IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTT SHERMAN<br><br>Plaintiff,<br><br>FRONTIER AIRLINES, INC<br><br>Defendant. | CIVIL ACTION<br><br>FILE NO._____ |

# COMPLAINT FOR BREACH OF CONTRACT AND VIOLATIONS OF 14 CFR PART 250

COMES NOW the Plaintiff and hereby respectfully shows this Honorable Court the following:

### PARTIES, JURISDICTION AND VENUE

1.

Defendant Frontier Airlines, Inc. ("Frontier") is a Colorado corporation registered to do business in Georgia. Frontier is subject to the personal jurisdiction of this court and may be served through it's registered agent, Corporation Services Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092.

2.

This Complaint is based in part on a Federal Statute / Rule.

## STATEMENT OF FACTS

3.

On or about July 19, 2023 the Plaintiff entered into a contract for passage with "Frontier". Said contract was for roundtrip airline travel between Orlando, Florida and Las Vegas, Nevada. The outbound flight was scheduled for August 17, 2023 and the return flight was scheduled for August 21, 2023. (see attached Exhibit A)

4.

The outbound flight arrived in Las Vegas in excess of two hours past the scheduled arrival time and the Plaintiff was "bumped" from the return flight on August 21, 2023. Both of the aforesaid actions are in violation of 14 CFR Part 250 in that the Plaintiff was not provided any compensation. The Plaintiff secured a flight with Delta Airlines at a cost of $1,158.20 in order to get back to Orlando to meet business obligations. (see attached Exhibit B)

5.

Due to "Frontier" breaching the contract for passage, coupled with their failure to adhere to 14 CFR Part 250, the Plaintiff is entitled to be reimbursed for damages totaling $8,575.00 made up of statutory damages, cost of additional plane ticket, lodging, meals, transportation, parking, loss of wages, filing fees and attorney fees.

Wherefore, Plaintiff demands judgement in the amount of $8,575.00 against the Defendant and court costs to the extent permitted by applicable law.

RESPECTFULLY submitted this 3ʳᴰ day of October, 2023.

_____
Glenn F. Sherman
Georgia Bar No. 644709
Attorney for the Plaintiff

GLENN F. SHERMAN & ASSOCIATES, PC
1802 N Chestnut Grove Drive
Marietta, Georgia 30066
404-291-9028

# FRONTIER

**EXHIBIT A**

**THURSDAY, AUG 17, 2023 - MONDAY, AUG 21, 2023**             Trip Confirmation Number: **K7LIXL**

Orlando, FL (MCO) ✈ Las Vegas, NV (LAS)

### Depart: Thursday Aug 17, 2023

| Flight Duration | Departure | Arrival |
|---|---|---|
| **F9 1103** 4hr 44min NonStop | 11:52 AM Orlando, FL (MCO) | 01:36 PM Las Vegas, NV (LAS) |

| Passenger Name Special Services | Seats | Bags |
|---|---|---|
| Scott J Sherman -- | 13F | 1 Carry On, 1 Checked |

### Return: Monday Aug 21, 2023

| Flight Duration | Departure | Arrival |
|---|---|---|
| **F9 1100** 4hr 51min NonStop | 06:00 AM Las Vegas, NV (LAS) | 01:51 PM Orlando, FL (MCO) |

| Passenger Name Special Services | Seats | Bags |
|---|---|---|

Scott J Sherman                   19F                    1 Carry On, 1 Checked
--

## Invoice

### Summary

| | |
|---|---|
| Airfare | $136.89 |
| Options | $108.00 |
| U.S. Transportation Tax | $10.27 |
| Carrier Interface Charge | $46.00 |
| U.S. Passenger Security Fee | $11.20 |
| U.S. Domestic Flight Segment Tax | $9.60 |
| Orlando, Fl (MCO) Passenger Facility Charge | $4.50 |
| Las Vegas, Nv (LAS) Passenger Facility Charge | $4.50 |
| **GRAND TOTAL** | **$330.96** |

### Options

**THE WORKS**
  Carry On Item
  Checked Bag
  Best Seat Available
  Refundability
  No Change Fees*
  No Change Fees*
                                              $98.00

**Scott Sherman**

| | |
|---|---|
| Seat Fee | $10.00 |
| Agent Assist Fee Pre Paid | $0.00 |
| Checked Bag | INCL |
| Carry On Item | INCL |

| | |
|---|---|
| **TOTAL** | **$330.96** |



# LAS ▸ MCO

**Las Vegas, NV to Orlando, FL**
TUE, 22 AUG 2023 - TUE, 22 AUG 2023

**FLIGHT CONFIRMATION #:** H8NIJV

**SKY PRIORITY**  ONE WAY | 1 PASSENGER

**FLIGHTS**

## Flight DL 755

TUE, 22 AUG 2023 — 16 HRS FROM DEPARTURE

**LAS ▸ ATL**  ON TIME   SEAT: 1D

DEPART: 6:00 AM     ARRIVE: 1:04 PM     FIRST CLASS (C)
TERMINAL 1          DOMESTIC TERM-SOUTH
GATE D43            GATE B23

Find Sky Club Locations:
Harry Reid Intl - LAS
Hartsfield-Jackson Atlanta Intl - ATL

Airport Map: LAS | ATL

Aircraft: Airbus A321
Flight Time: 4hr 4m
On Time %: 90
Miles Flown: 1,747

MEAL SERVICES: Snacks, Drinks, Breakfast, Snacks

In-Flight services and amenities may vary and are subject to change.

Baggage & Service Fees

PASSENGER STATUS: CONFIRMED

**LAYOVER IN ATLANTA, GA 46M**

## Flight DL 2625

TUE, 22 AUG 2023 — 21 HRS FROM DEPARTURE

**ATL ▸ MCO**  ON TIME   SEAT: 5D

DEPART: 1:50 PM      ARRIVE: 3:25 PM     FIRST CLASS (C)
DOMESTIC TERM-SOUTH  TERMINAL B
GATE A5              GATE 73

Find Sky Club Locations:
Hartsfield-Jackson Atlanta Intl - ATL
Orlando Intl - MCO

Airport Maps: ATL | MCO

Aircraft: Boeing 757
Flight Time: 1hr 35m
On Time %: 65
Miles Flown: 404

MEAL SERVICES: Snacks, Drinks, Snacks

In-Flight services and amenities may vary and are subject to change.

Baggage & Service Fees

PASSENGER STATUS: CONFIRMED

 **PASSENGER INFORMATION**

| # | NAME | FLIGHT | SEATS | SPECIAL SERVICE REQUESTS |
|---|------|--------|-------|--------------------------|
| 1 | SCOTT SHERMAN<br>SkyMiles # ******4216 | LAS ▸ ATL | 1D<br>First Class (C) | |

**EXHIBIT B**



Date of Purchase: Aug 21, 2023

# Las Vegas, NV ▶ Orlando, FL

Passenger Information

SCOTT SHERMAN
SkyMiles#: 9707664216

Confirmation Number: H8NIJV
Ticket Number: 0062137200460

FLIGHT

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| LAS ▶ ATL | Tue 22Aug2023 | DL 755 | | OPEN | C | |
| ATL ▶ MCO | Tue 22Aug2023 | DL 2625 | | OPEN | C | 5D |

DETAILED CHARGES

Air Transportation Charges
Base Fare:                                                                 $1,054.88 USD

Taxes, Fees and Charges
United States - September 11th Security Fee(Passenger Civil Aviation        $5.60 USD
Security Service Fee) (AY)
United States - Transportation Tax (US)                                    $79.12 USD
United States - Passenger Facility Charge (XF)                              $9.00 USD
United States - Flight Segment Tax (ZP)                                     $9.60 USD
**Total Price:**                                                        **$1,158.20 USD**

Paid with American Express ending 2009                                  $1,158.20 USD

KEY OF TERMS

\# - Arrival date different than departure date       F - Food available for purchase
\*\* - Check-in required                              L - Lunch
\*\*\*- Multiple meals                                LV - Departs
\*S$ - Multiple seats                                 M - Movie
AR - Arrives                                          R - Refreshments, complimentary
B - Breakfast                                         S - Snack
C - Bagels / Beverages                                T - Cold meal
D - Dinner                                            V - Snacks for sale

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.
Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.
Please review Delta's check-in requirements and baggage guidelines for details.
You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit http://SafeTravel.dot.gov
Do you have comments about service? Please email us to share them.

NON-REFUNDABLE / CHANGE FEE
When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued as a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. If you do not show up for any flight in your itinerary without notifying Delta or canceling/changing your flight prior to departure, Delta may cancel the reservation for all remaining flights in the itinerary, and the ticket will have no remaining value.

All Preferred, Delta Comfort+™, First Class, Delta Premium Select, and Delta One seat purchases are non-refundable.

| NAME | FLIGHT | SEATS | SPECIAL SERVICE REQUESTS |
|---|---|---|---|
| eTicket #0062137200460 | ATL ► MCO | 5D<br>First Class (C) | |

**Complete Delta Air Lines Baggage Information**
Baggage fees will be assessed at the time you check in.

Final baggage fees will be assessed and charged at time of check-in. Baggage fees may change based on the class of service or frequent flyer status. All prices are (USD) unless otherwise noted. If your itinerary qualifies for Trip Insurance, you will be able to add it before you purchase your ticket.

View Change & Cancellation Policies