IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTT SHERMAN ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | |
| ) | FILE NO. 1:23-cv-4512 |
| ) | |
| FRONTIER AIRLINES, INC ) | |
| ) | |
| Defendant. ) | |

## REQUEST FOR ENTRY OF DEFAULT

COMES NOW the Plaintiff, Scott Sherman, and hereby requests the Clerk of this Court to enter a default against the Defendant, Frontier Airlines, Inc., on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

This 27th day of October, 2023

Glenn F. Sherman
Attorney for Plaintiff