IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTT SHERMAN ) | |
| ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | |
| ) | FILE NO. 1:23-cv-4512 |
| ) | |
| FRONTIER AIRLINES, INC ) | |
| ) | |
| Defendant. ) | |
| ) | |

AFFIDAVIT IN SUPPORT OF
REQUEST FOR ENTRY OF DEFAULT

I, Glenn F. Sherman, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the plaintiff in the above styled action;

2. A Complaint was filed herein on November 4, 2023 and service of process was perfected on the defendant no later than November 5, 2023;

3. More than twenty one (21) days have elapsed since the defendant in this action was served and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Sworn to and subscribed before me
This 27th day of October, 2023

_____  
Notary Public

_____  
Glenn F. Sherman  
Attorney for Plaintiff



WILLIAM L PHALEN III  
NOTARY  
EXPIRES  
GEORGIA  
JAN 21, 2025  
PUBLIC  
COBB COUNTY