AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

SCOTT SHERMAN

*Plaintiff(s)*

v.

FRONTIER AIRLINES, INC.

*Defendant(s)*

Civil Action No. 1:23-cv-4512

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Frontier Airlines, Inc.
c/o Agent for Servive
Corporation Services Company
2 Sun Court - Suite 400
Peachtree Corners, Georgia  30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Glenn F. Sherman & Associates PC
c/o Glenn F. Sherman, Esq.
1802 N Chestnut Grove Drive
Marietta, Georgia  30066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

Date:  10/04/2023

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-4512

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FRONTIER AIRLINES, INC c/o AGENT FOR SERVICE - CORPORATION SERVICES COMPANY

was received by me on *(date)* OCTOBER 30, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ALISHA M. SMITH - CSC COORDINATOR, who is designated by law to accept service of process on behalf of *(name of organization)* FRONTIER AIRLINES, INC. on *(date)* 10/30/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ —0— for travel and $ —0— for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/30/23

*Server's signature*

GLENN F. SHERMAN, ATTORNEY
*Printed name and title*

1802 N. CHESTNUT GROVE DRIVE
MARIETTA, GA 30066
*Server's address*

Additional information regarding attempted service, etc: