## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **SCOTT SHERMAN** | ) | |
| | ) | |
| | ) | **CIVIL ACTION** |
| **Plaintiff,** | ) | |
| | ) | **FILE NO. 1:23-cv-4512** |
| | ) | |
| **FRONTIER AIRLINES, INC** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## SECOND REQUEST FOR ENTRY OF DEFAULT

COMES NOW the Plaintiff, Scott Sherman, and hereby requests the Clerk of this Court to enter a default against the Defendant, Frontier Airlines, Inc., on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

This 27th day of November, 2023

_____
Glenn F. Sherman
Attorney for Plaintiff