IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTT SHERMAN )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>FRONTIER AIRLINES, INC )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br><br>FILE NO. 1:23-cv-4512 |

## AFFIDAVIT IN SUPPORT OF
## SECOND REQUEST FOR ENTRY OF DEFAULT

I, Glenn F. Sherman, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the plaintiff in the above styled action;

2. A Complaint was filed herein on October 3, 2023 and service of process was perfected on the defendant on October 30, 2023;

3. More than twenty one (21) days have elapsed since the defendant in this action was served and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Sworn to and subscribed before me
this 27th day of November, 2023

_____
Notary Public

_____
Glenn F. Sherman
Attorney for Plaintiff

*[Notary Seal: WILLIAM L PHALEN III, NOTARY PUBLIC, GEORGIA, COBB COUNTY, EXPIRES JAN 21, 2025]*