IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTT SHERMAN ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> FRONTIER AIRLINES, INC ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION <br><br> FILE NO. 1:23-cv-4512 |

## ENTRY OF DEFAULT

It appearing that the Complaint in the above styled action was filed on October 3, 2023, that the Summons and Complaint were duly served upon the defendant on October 30, 2023, and that the defendant has not filed an Answer or other defensive pleading as required by the Federal Rules of Civil Procedure;

Therefore upon request of the plaintiff, default is hereby entered against the defendant, Frontier Airlines, Inc., as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

Entered this ____ day of November, 2023

By_____
Eleanor L. Ross
United States District Court Judge
Northern District of Georgia