IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTT SHERMAN ) | |
| ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | |
| ) | FILE NO. 1:23-cv-4512 |
| ) | |
| FRONTIER AIRLINES, INC ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the Plaintiff, Scott Sherman, and hereby requests this Court, Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure for the entry of a judgment by default against the defendant Frontier Airlines, Inc. In support of this request, the plaintiff, Scott Sherman relies upon the record in this case and the Affidavit submitted herein.

Respectfully submitted,

This 1st day of December, 2023

_____
Glenn F. Sherman
Attorney for Plaintiff