IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTT SHERMAN ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> FRONTIER AIRLINES, INC ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION <br><br> FILE NO. 1:23-cv-4512 |

# DEFAULT JUDGMENT

The Defendant, Frontier Airlines, Inc., having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Plaintiff and upon affidavit that Defendant is indebted to Plaintiff in the principal sum of $8,575.00, plus interest thereon; that Defendant has been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain; it is hereby

ORDERED, ADJUDGED, and DECREED that Plaintiff Scott Sherman recover of the Defendant, Frontier Airlines, Inc. the sum of $8,575.00, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

Entered this \_\_\_\_ day of December, 2023

Kevin P Weimer
Clerk of Court

By_____