IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTT SHERMAN ) | CIVIL ACTION |
| Plaintiff, ) | |
| ) | FILE NO. 1:23-cv-4512 |
| FRONTIER AIRLINES, INC ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT REGARDING DAMAGES

Before me, the undersigned attesting officer, came Scott Sherman, (the "Affiant") who being sworn duly deposes as follows:

1.

I am the Plaintiff in the civil action styled Scott Sherman v Frontier Airlines, Inc. currently pending in The United States District Court, Northern District of Georgia, Atlanta Division, Case No. 1:23-cv-4512.

2.

The purpose of this Affidavit is to set out an itemized list of damages that I incurred as a direct result of the Defendant's breach in the above referenced action. I have personal knowledge of the aforesaid damages as set forth below.

| | |
|---|---|
| Additional airfare required to get home (see attached) | $1,158.20 |
| Additional lodging required (see attached) | $ 535.30 |
| Additional transportation to airport (see attached) | $ 69.63 |
| Cost to file lawsuit (see attached) | $ 402.00 |
| Cost of legal representation (see attached) | $1,000.00 |
| **TOTAL DAMAGES** | **$3,165.13** |

FURTHER AFFIANT SAYETH NAUGHT

Sworn to and subscribed before me
This 27th day of June, 2024.

_____          _____(SEAL)
Notary Public  (SEAL)                                              Scott Sherman

GLENN F. SHERMAN
NOTARY PUBLIC
Cobb County
State of Georgia
My Comm. Expires May 25, 2025

Account Ending 0-12009                                       p. 4/12

## Detail

**SCOTT SHERMAN**
Card Ending 0-12009

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 08/16/23 | ~~REDACTED~~ 7704224949 | KENNESAW | GA | $45.56 |
| 08/17/23 | ~~REDACTED~~ 7702932700 | MARIETTA | GA | $119.00 |
| 08/17/23 | ~~REDACTED~~ 8007467287 PHARMACIES | LAS VEGAS | NV | $45.34 |
| 08/17/23 | ~~REDACTED~~ INTERNET ACC | CHICAGO | IL | $10.00 |
| 08/17/23 | ~~REDACTED~~ 6147699884 | LAS VEGAS | NV | $19.49 |
| 08/18/23 | ~~REDACTED~~ 678-355-3658 | MARIETTA | GA | $555.00 |
| 08/18/23 | ~~REDACTED~~ 7022942007 | HENDERSON | NV | $90.00 |
| 08/18/23 | ~~REDACTED~~ 7022942007 | HENDERSON | NV | $27.50 |
| 08/18/23 | ~~REDACTED~~ 7022942007 | HENDERSON | NV | $429.00 |
| 08/18/23 | ~~REDACTED~~ 6147699884 | LAS VEGAS | NV | $11.37 |
| 08/18/23 | ~~REDACTED~~ 46199251005989109 | LAS VEGAS | NV | $19.50 |
| 08/19/23 | ~~REDACTED~~ 1004002700489074 FAST FOOD REST. | HENDERSON | NV | $15.15 |
| 08/19/23 | ~~REDACTED~~ CONVENIENCE | DOLAN SPRINGS | AZ | $38.00 |
| 08/19/23 | ENTERPRISE   512689 01810512689  Location  Rental:  LAS VEGAS NV  Return:  LAS VEGAS NV  Agreement Number: 1QPRGJ  Renter Name: SCOTTSHERMA  Date  23/08/19  23/08/20 | LAS VEGAS | NV | $354.18 |
| 08/20/23 | TST* ABSINTHE THEATER 300517302 7027495881 | LAS VEGAS | NV | $51.31 |
| 08/20/23 | TST* ABSINTHE THEATER 300517302 7027495881 | LAS VEGAS | NV | $32.00 |
| 08/22/23 | 93577-ATLANTA AIRPORT SELF PAR SPPC000 4047846894 | ATLANTA | GA | $70.00 |
| 08/22/23 | DELTA AIR LINES  DELTA AIR LINES  From: LAS VEGAS MCCARRAN  To: ATLANTA HARTSFIELD  Carrier: DL  Class: C  Date of Departure: 08/22  Ticket Number: 00621372004606  Passenger Name: SHERMAN/SCOTT  Document Type: PASSENGER TICKET | ATLANTA | | $1,158.20 |
| 08/22/23 | HORSESHOE HOTEL  Arrival Date 08/21/23  Departure Date 08/22/23  00000000  LODGING | LAS VEGAS | NV | $535.30 |

# Uber

August 22, 2023

## Thanks for tipping, Scott

| | |
|---|---|
| Total | **$69.63** |

| | |
|---|---|
| Distance | $16.11 |
| Time | $21.40 |
| Base Fare | $13.33 |

| | |
|---|---|
| Subtotal | $50.84 |
| Booking Fee | $5.19 |
| NV Recovery Surcharge | $0.04 |
| LAS Airport Surcharge | $2.90 |
| Tips | $10.00 |
| Transportation Recovery Tax | $0.66 |

### Payments



| | | |
|---|---|---|
| VISA | Visa ••••9093<br>8/22/23 6:12 AM | $69.63 |

Visit the trip page for more information, including invoices (where available)

You rode with Ignacio

Comfort   26.22 miles |
20 min

■ 4:29 AM | 3645 Las Vegas Blvd S, Las Vegas, NV 89109, US

■ 4:49 AM | Level 2 Gates A3 - A23, B1, B2, B6, B9 - B25, C1 - C25, Harry Reid International Airport (LAS), Las Vegas, NV 89119, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

```
GLENN F. SHERMAN & ASSOCIATES, P.C.
ATTORNEYS AT LAW                                           TEL: (404) 291-9028
1802 N CHESTNUT GROVE DRIVE
MARIETTA, GA 30066
```

October 24, 2023

Scott Sherman
1165 Northchase Pkwy SE #450
Marietta, GA 30067

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                              Federal ID #58-2202438

                            I N V O I C E

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FOR LEGAL SERVICES RENDERED AS FOLLOWS:

Meet with client to review Breach of Contract action against Frontier Airlines; Sent numerous correspondences to Frontier Airlines requesting reimbursement as a result of their breach; File suit in Federal Court; Perfect Service regarding same.

| | |
|---|---|
| Flat Fee for prior client | $1,000.00 |
| Federal Court filing fee | $  402.00 |

**TOTAL DUE**                                              $ 1,402.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please return a copy of this statement with your payment to insure proper credit.

Thank You.