**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| SCOTT SHERMAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:23-CV-04512-ELR |
| | * | |
| FRONTIER AIRLINES, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

# O R D E R

_____

By an Order dated June 24, 2024, the Court granted in part, denied in part, and reserved in part Plaintiff's "Motion for Default Judgment." [Doc. 8]. Specifically, the Court denied Plaintiff's motion as to his 14 C.F.R. Part 250 claim, granted that motion as to Defendant's liability on Plaintiff's breach of contract claim, and reserved its ruling on Plaintiff's requested damages. [Id.] The Court directed Plaintiff to file additional documentation in support of his claimed damages related to his breach of contract claim within fourteen (14) days. [Id.]

Subsequently, on June 27, 2024, Plaintiff submitted an affidavit itemizing expenses and damages related to his breach of contract claim totaling $3,165.13. See Affidavit Regarding Damages [Doc. 9]. Upon review and consideration of Plaintiff's filing, the Court finds that Plaintiff has provided sufficient evidence for

the Court to determine the amount of damages he is owed regarding his breach of contract claim. Accordingly, the Court **DIRECTS** the Clerk to **ENTER JUDGMENT** in Plaintiff's favor on his breach of contract claim in the amount of $3,165.13. The Court **DIRECTS** the Clerk to **CLOSE** this case.

**SO ORDERED**, this 28th day of June, 2024.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia