**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SCOTT SHERMAN,<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>FRONTIER AIRLINES, INC.,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:23-cv-04512-ELR |

## **DEFAULT  JUDGMENT**

The defendant(s) Frontier Airlines, Inc., having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Eleanor L. Ross, United States District Judge, by order of 6/28/2024, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiff Scott Sherman, recover from the defendant(s) Frontier Airlines, Inc., the amount of $3,165.13.

Dated at Atlanta, Georgia this 28th day of June, 2024.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　By:     s/A. White_____
　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
June 28, 2024
Kevin P. Weimer
Clerk of Court

By:  s/A. White_____
　　　　Deputy Clerk